UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:07cr137

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | **PRELIMINARY ORDER** |
| v. | ) | **OF FORFEITURE** |
| | ) | |
| VONLYA LAVERRR MAXWELL | ) | |

In the Bill of Indictment in this case, the United States sought forfeiture of property of the defendant pursuant to 18 U.S.C. § 924(d) as property involved in a violation of 18 U.S.C. § 922(g)(1). Defendant pled guilty, without a plea agreement, and consented orally to forfeiture of the subject firearm and ammunition.

It is therefore ORDERED:

1. Based upon defendant's plea of guilty and consent to forfeiture, the United States is authorized to seize the following property belonging to defendant, and it is hereby forfeited to the United States for disposition according to law, pursuant to 18 U.S.C. § 924(d) and the procedural provisions of 21 U.S.C. § 853(n), which are made applicable by 28 U.S.C. § 2461(c):

**one Bryco Arms nine millimeter semi-automatic pistol and ammunition**

2. Pursuant to 21 U.S.C. § 853(n)(1), the government shall publish in a newspaper of general circulation, notice of this order; notice of its intent to dispose of the property in such manner as the Attorney General may direct; and notice that any person, other than the defendant, having or claiming a legal interest in any of the above-listed forfeited property must file a petition with the Court within thirty days of the final publication of notice or of receipt of actual notice, whichever is earlier. This notice shall state that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, shall be signed by the petitioner under penalty of

perjury, and shall set forth the nature and extent of the petitioner's right, title or interest in each of the forfeited properties and any additional facts supporting the petitioner's claim and the relief sought. The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in property that is the subject of this order of forfeiture, as a substitute for published notice as to those persons so notified.

    3. Upon adjudication of all third-party interests, this Court will enter a final order and judgment of forfeiture pursuant to 21 U.S.C. § 853(n).

Signed: February 25, 2008

Robert J. Conrad, Jr.
Chief United States District Judge